**DISMISS and Opinion Filed November 22, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00933-CV**

**KAMATHA CROCKETT, A/N/F D.W., A MINOR CHILD**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 92320**

## MEMORANDUM OPINION

Before Justices Nowell, Miskel, and Kennedy
Opinion by Justice Kennedy

Before the Court is appellants' motion to voluntarily dismiss this appeal. *See*

TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Nancy Kennedy/

230933F.P05

NANCY KENNEDY
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KAMATHA CROCKETT, A/N/F
D.W., A MINOR CHILD

No. 05-23-00933-CV

On Appeal from the 354th Judicial
District Court, Hunt County, Texas
Trial Court Cause No. 92320.
Opinion delivered by Justice
Kennedy, Justices Nowell and Miskel
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Kamatha Crockett, a/n/f D.W., a minor child, recover her costs, if any, of this appeal from appellants Tony Henry, Kimberly Lewis, Matt Henderson, Lisa Palazzetti, and Amy Knusta.

Judgment entered November 22, 2023.